UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-60864-CIV-SINGHAL

DAVID TURNBULL,

    Plaintiff,

v.

BOWMAN CONSULTING GROUP, LTD., INC.,

    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court on the parties' Joint Motion for *In Camera* Review and Approval of the Parties' Settlement Agreements and Stipulation for Dismissal of this Case with Prejudice (DE [50]), filed May 25, 2021. This Court considered the factors outlined in *Lynn's Food Stores* and the strengths of the parties' cases; the factual positions of the parties; the existence of documents supporting or corroborating the parties' positions; the extensive motion practice of the parties, and the parties' desire to resolve the dispute sooner, rather than later. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353–55 (11th Cir. 1982). Having carefully reviewed the record and the Settlement Agreements, which were submitted to this Court *in camera* on June 2, 2021, the Court finds the Settlement Agreements represent a genuine compromise of a bona fide dispute. The Settlement Agreements reflect a reasonable compromise of disputed issues and the parties have agreed to settle as a result of reasonable strategic and financial considerations. *See Lynn's Food Stores, Inc.*, 679 F.2d at 1354. This Court

further finds the settlements reached by the parties represent a reasonable compromise by both sides and is fair and reasonable.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for *In Camera* Review and Approval of the Parties' Settlement Agreements and Stipulation for Dismissal of this Case with Prejudice (DE [50]) is **GRANTED**.
2. The Parties' Settlement Agreements are **APPROVED** in their entirety.
3. This case is **DISMISSED WITH PREJUDICE**.
4. Each party shall bear its own costs and attorney fees, except as otherwise agreed to in the Settlement Agreements.
5. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.
6. Further, the Court retains jurisdiction to enforce the terms of the Parties' Settlement Agreements for sixty (60) days, should such enforcement become necessary.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 7th day of June 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF